[No. 16813-8-II.  Division Two.  September 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. OSCAR ARMANDO YANES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-04878-9, Nile E. Aubrey, J., entered January 22, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Houghton, J.

[No. 16669-1-II.  Division Two.  September 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ANNA M. WILBANKS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 92-1-00274-1, James E. Warme, J., entered November 19, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Alexander, J.

[No. 16527-9-II.  Division Two.  September 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ERIC KEEND, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 92-1-00093-7, James I. Maddock, J., entered September 4, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.

[No. 16490-6-II.  Division Two.  September 23, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN G. MAKI, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 92-1-00006-2, William E. Howard, J., entered October 2, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, A.C.J., and Houghton, J.